Opinion
issued November 10, 2011.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-00484-CV

 



 

BENJAMIN VILLARREAL, JR., Appellant

 

V.

 

ANDREANA VILLARREAL, Appellee

 



 

On Appeal from the County Court
at Law

Washington County, Texas

Trial Court Cause No. CCL6254

 



 

MEMORANDUM
OPINION








Appellant, Benjamin Villarreal, Jr., has
failed to timely file a brief.  See
Tex. R. App. P. 38.8(a) (failure
of appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.